IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONE STAR FUND IV (U.S.), L.P., LONE STAR FUND IV (BERMUDA), L.P. and LSF-KEB HOLDINGS SCA, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:09-CV-01614-B |
| v. | § § | |
| STEVEN H. LEE | § § | |
| Defendant. | § | |

**APPENDIX IN SUPPORT OF STEVEN H. LEE'S MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT FOR LACK OF PERSONAL JURISDICTION, FORUM NON CONVENIENS, AND FAILURE TO PLEAD FRAUD WITH PARTICULARITY AND BRIEF IN SUPPORT**

Steven H. Lee submits the following evidence in support of the above entitled motion:

| EX. | DESCRIPTION | APP. PAGES |
|---|---|---|
| 1 | Declaration of Steven H. Lee in Support of Motion to Dismiss Original Complaint | 1-9 |
| A | First Amended and Restated Limited Partnership Agreement of Lone Star Partners III, L.P. | 10-82 |
| B | First Amended and Restated Limited Partnership Agreement of Lone Star Partners IV, L.P. | 83-156 |
| C | Lone Star's Bermuda Writ of Summons | 157-162 |
| D | Lone Star's Bermuda Statement of Claim | 163-172 |
| E | Lone Star's Bermuda Amended Statement of Claim | 173-189 |
| F | 1st Affidavit of Steven Hwan Lee (in Bermuda Litigation) | 190-233 (redacted per Rule 5.2) |
| G | 2nd Affidavit of Steven Hwan Lee (in Bermuda Litigation) | 234-245 |
| 2 | Lone Star's SEC filing | 246-274 |
| 3 | Profile on Lone Star and Chairman John Grayken | 275-278 |

| EX. | DESCRIPTION | APP. PAGES |
|---|---|---|
| 4 | Northern District of Texas Cases Cited in Defendant's Motion | 279-360 |

Date:  September 29, 2009              Respectfully submitted,


                                       /s/ Jerome R. Doak
                                       George T. Manning
                                       Texas Bar No. 24062546
                                       gtmanning@jonesday.com
                                       Lead Attorney
                                       Jerome R. Doak
                                       Texas Bar No. 05913600
                                       jrdoak@jonesday.com
                                       JONES DAY
                                       Suite 100
                                       2727 North Harwood Street
                                       Dallas, Texas  75201
                                       (214) 220-3939 (Phone)
                                       (214) 969-5100 (Fax)

                                       COUNSEL FOR DEFENDANT
                                       STEVEN H. LEE

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of September 2009, a true and correct copy of the foregoing Appendix in Support of Steven H. Lee's Motion to Dismiss Plaintiffs' Original Complaint for Lack of Personal Jurisdiction, Forum Non Conveniens, and Failure to Plead Fraud with Particularity and Brief in Support was served electronically via e-mail on the following:

Karen H. Hirschman
khirschman@velaw.com
Matthew W. Moran
mmoran@velaw.com
Jane Ann R. Neiswender
jneiswender@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2975


/s/ Jerome R. Doak
Jerome R. Doak

DLI-6272938v1