IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LONE STAR FUND IV (U.S.), L.P., LONE   §
STAR FUND IV (BERMUDA), L.P. and       §
LSF-KEB HOLDINGS SCA,                   §
                                        §
      Plaintiff,                           §          CIVIL ACTION NO.
                                        §          3:09-CV-01614-B
      v.                                   §
                                        §
STEVEN H. LEE                           §
                                        §
      Defendant.                           §

**APPENDIX IN SUPPORT OF DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION TO REMAND AND FOR FEES AND COSTS**

Steven H. Lee submits the following evidence in support of the above entitled opposition motion:

| EX. | DESCRIPTION | APP. PAGES |
|---|---|---|
| 1 | Declaration of Steven H. Lee originally filed in Support of Motion to Dismiss Original Complaint | 1-9 |
| A | First Amended and Restated Limited Partnership Agreement of Lone Star Partners III, L.P. | 10-82 |
| B | First Amended and Restated Limited Partnership Agreement of Lone Star Partners IV, L.P. | 83-156 |
| C | Lone Star's Bermuda Writ of Summons | 157-162 |
| D | Lone Star's Bermuda Statement of Claim | 163-172 |
| E | Lone Star's Bermuda Amended Statement of Claim | 173-189 |
| F | 1st Affidavit of Steven Hwan Lee (in Bermuda Litigation) | 190-233 (redacted per Rule 5.2) |
| G | 2nd Affidavit of Steven Hwan Lee (in Bermuda Litigation) | 234-245 |
| 2 | Lone Star's SEC filing | 246-274 |
| 3 | Profile on Lone Star and Chairman John Grayken | 275-278 |

| EX. | DESCRIPTION | APP. PAGES |
|-----|-------------|------------|
| 4 | Bermuda Partnership Act | 279-278 |
| 5 | Northern District of Texas Cases Cited in Defendant's Opposition Motion | 280-323 |

Date:  October 8, 2009                    Respectfully submitted,


                                         /s/ Jerome R. Doak
                                         George T. Manning
                                         Texas Bar No. 24062546
                                         gtmanning@jonesday.com
                                         Lead Attorney
                                         Jerome R. Doak
                                         Texas Bar No. 05913600
                                         jrdoak@jonesday.com
                                         JONES DAY
                                         Suite 100
                                         2727 North Harwood Street
                                         Dallas, Texas  75201
                                         (214) 220-3939 (Phone)
                                         (214) 969-5100 (Fax)

                                         COUNSEL FOR DEFENDANT
                                         STEVEN H. LEE

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 8th day of October 2009, a true and correct copy of

the foregoing Appendix in Support of Defendant's Opposition to Plaintiffs' Motion to

Remand and for Fees and Costs was served electronically via e-mail on the following:

Karen H. Hirschman
khirschman@velaw.com
Matthew W. Moran
mmoran@velaw.com
Jane Ann R. Neiswender
jneiswender@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2975

/s/ Jerome R. Doak
Jerome R. Doak

DLI-6274356v1