IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONE STAR FUND IV (U.S.), L.P., LONE STAR FUND IV (BERMUDA), L.P. and LSF-KEB HOLDINGS SCA,  Plaintiff, v. STEVEN H. LEE  Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 3:09-CV-01614-B |

**APPENDIX IN SUPPORT OF DEFENDANT STEVEN H. LEE'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND AND FOR FEES AND COSTS**

Steven H. Lee submits the following evidence in support of his Sur-reply:

| EX. | DESCRIPTION | APP. PAGES |
|---|---|---|
| 1 | Declaration of Steven H. Lee originally filed in Support of Motion to Dismiss Original Complaint | 1-9 |
| A | First Amended and Restated Limited Partnership Agreement of Lone Star Partners III, L.P. | 10-82 |
| B | First Amended and Restated Limited Partnership Agreement of Lone Star Partners IV, L.P. | 83-156 |
| C | Lone Star's Bermuda Writ of Summons | 157-162 |
| D | Lone Star's Bermuda Statement of Claim | 163-172 |
| E | Lone Star's Bermuda Amended Statement of Claim | 173-189 |
| F | 1st Affidavit of Steven Hwan Lee (in Bermuda Litigation) | 190-233 (redacted per Rule 5.2) |
| G | 2nd Affidavit of Steven Hwan Lee (in Bermuda Litigation) | 234-245 |
| 2 | Lone Star's SEC filing | 246-274 |
| 3 | Profile on Lone Star Chairman John Grayken | 275-278 |

| EX. | DESCRIPTION | APP. PAGES |
|---|---|---|
| 4 | Bermuda Partnership Act | 279-298 |
| 5 | Lone Star General Counsel Mike Thomson's Second Bermuda Affidavit | 299-311 |
| 6 | Lone Star press release regarding KEB Bank | 312-314 |
| 7 | Wall Street Journal article entitled "Lone Star feels Korean backlash," 11/22/2006 | 315-317 |

Date:  November 4, 2009                              Respectfully submitted,


/s/ Jerome R. Doak
George T. Manning
Texas Bar No. 24062546
gtmanning@jonesday.com
Lead Attorney
Jerome R. Doak
Texas Bar No. 05913600
jrdoak@jonesday.com
JONES DAY
Suite 100
2727 North Harwood Street
Dallas, Texas  75201
(214) 220-3939 (Phone)
(214) 969-5100 (Fax)

COUNSEL FOR DEFENDANT
STEVEN H. LEE

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 4th day of November 2009, a true and correct copy of the foregoing Appendix in Support of Defendant's Sur-reply was served electronically and by e-mail on the following:

Karen H. Hirschman  
khirschman@velaw.com  
Matthew W. Moran  
mmoran@velaw.com  
Jane Ann R. Neiswender  
jneiswender@velaw.com  
VINSON & ELKINS L.L.P.  
2001 Ross Avenue  
Dallas, Texas 75201-2975  

             /s/ Jerome R. Doak  
             Jerome R. Doak

DLI-6278790v1