IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| LONE STAR FUND IV (U.S.), L.P., | § | |
|---|---|---|
| LONE STAR FUND IV (BERMUDA), L.P. | § | |
| and LSF-KEB HOLDINGS SCA, | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| | § | 3:09-cv-01614-B |
| v. | § | |
| | § | |
| STEVEN H. LEE, | § | |
| | § | |
| Defendant. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' RESPONSE
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

TO THE HONORABLE COURT:

Plaintiffs file this Appendix in Support of their Response in Opposition to Defendant Steven H. Lee's ("Lee") Motion to Dismiss, containing the following:

| **EXHIBIT** | **DESCRIPTION** | **PAGE(S)** |
|---|---|---|
| 1 | Declaration of Matthew W. Moran | App. 001-002 |
| 1A | Excerpt of National Comprehensive Report showing Lee's ownership of property in Texas | App. 003-008 |
| 1B | Report from Collin County Appraisal District | App.009-012 |
| 1C | Report from Dallas County Appraisal District | App.013-021 |
| 2 | Declaration of Marjorie Harrigan | App. 022-026 |
| 2A | Email dated July 29, 2005, requesting Lee's bank account information | App. 027 |
| 2B | Email dated July 29, 2005, containing Lee's bank account information | App. 028 |
| 2C | Wire transaction data reflecting payments to Lee | App. 029-133 |
| 3 | Declaration of Robert J. Corcoran | App. 134-139 |

1

| EXHIBIT | DESCRIPTION | PAGE(S) |
|---|---|---|
| 3A | Documentation regarding Lee's misappropriation of funds on or around December 30, 1998 | App. 140-141 |
| 3B | Documentation regarding Lee's misappropriation of funds on or around August 16, 1999 | App. 142-145 |
| 3C | Documentation regarding Lee's misappropriation of funds on or around October 18, 1999 | App. 146-148 |
| 3D | Documentation regarding Lee's misappropriation of funds on or around January 21, 2000 | App. 149-151 |
| 3E | Documentation regarding Lee's misappropriation of funds on or around January 28, 2000 | App. 152-155 |
| 3F | Documentation regarding Lee's misappropriation of funds on or around February 28, 2000 | App. 156-158 |
| 3G | Documentation regarding Lee's misappropriation of funds on or around August 1, 2000 | App. 159-160 |
| 3H | Documentation regarding Lee's misappropriation of funds on or around August 2, 2000 | App. 161-163 |
| 3I | Documentation regarding Lee's misappropriation of funds on or around October 28, 2004 | App. 164-165 |
| 3J | Email correspondence regarding bonus payments (October 2004) | App. 166-168 |
| 3K | Email correspondence regarding bonus payments (December 2004) | App. 169-173 |
| 4 | Declaration of Louis Paletta | App. 174-175 |
| 4A | Minutes of Lone Star Funds Advisory Committee Meeting, dated January 8, 2003 | App. 176-187 |
| 4B | Minutes of Lone Star Funds Advisory Committee Meeting, dated June 8, 2004 | App. 188-197 |
| 4C | Minutes of Lone Star Funds Advisory Committee Meeting, dated March 22, 2000 | App. 198-204 |
| 4D | Minutes of Lone Star Funds Advisory Committee Meeting, dated September 21, 2000 | App. 205-213 |

| EXHIBIT | DESCRIPTION | PAGE(S) |
|---|---|---|
| 4E | Minutes of Lone Star Funds Advisory Committee Meeting, dated October 11, 2001 | App. 214-223 |
| 4F | Minutes of Lone Star Funds Advisory Committee Meeting, dated April 2, 2002 | App. 224-229 |
| 4G | Minutes of Lone Star Funds Advisory Committee Meeting, dated September 26, 2002 | App. 230-238 |
| 4H | Minutes of Lone Star Funds Advisory Committee Meeting, dated March 27, 2003 | App. 239-251 |
| 4I | Minutes of Lone Star Funds Advisory Committee Meeting, dated September 23, 2003 | App. 252-262 |
| 4J | Minutes of Lone Star Funds Advisory Committee Meeting, dated March 23, 2004 | App. 263-273 |
| 5 | Declaration of Steven Shearer | App. 274-275 |
| 6 | Declaration of Corry Bell | App. 276-277 |
| 7 | Declaration of Janis O'Bryan | App. 278-279 |
| 8 | Second Declaration of Rhonda Daniels (November 16, 2009) | App. 280-283 |
| 8A | Email correspondence regarding J&A Investments Limited | App. 284-288 |
| 8B | March 6, 2002 certificate signed by Lee, affirming representations to Lone Star Partners IV, L.P. | App. 289-290 |
| 8C | January 13, 2003 certificate signed by Lee, affirming representations to Lone Star Partners IV, L.P. | App. 291-292 |
| 8D | April 18, 2005 certificate signed by Lee, affirming representations to Lone Star Partners IV, L.P. | App. 293-294 |
| 8E | June 6, 1999 certificate signed by Lee, affirming representations to Lone Star Partners II, L.P. | App. 295 |
| 8F | January 13, 2003 certificate signed by Lee, affirming representations to Lone Star Partners II, L.P. | App. 296-97 |
| 8G | April 18, 2005 certificate signed by Lee, affirming representations to Lone Star Partners II, L.P. | App. 298-299 |
| 8H | September 10, 2001 certificate signed by Lee, affirming representations to Lone Star Partners III, L.P. | App. 300 |

| **EXHIBIT** | **DESCRIPTION** | **PAGE(S)** |
|---|---|---|
| 8I | January 13, 2003 certificate signed by Lee, affirming representations to Lone Star Partners III, L.P. | App. 301-302 |
| 8J | April 18, 2005 certificate signed by Lee, affirming representations to Lone Star Partners III, L.P. | App. 303-304 |
| 8K | April 20, 2005 certificate signed by Lee, affirming representations to Lone Star Partners V, L.P. | App. 305-306 |
| 9 | Declaration of Michael Thomson | App. 307-310 |
| 10 | Second Declaration of Charles Christian Rolf Luthi (November 16, 2009) | App. 311-325 |
| 10A | Bermuda Supreme Court Act of 1905 § 15 | App. 326-328 |
| 10B | *De Lasala v De Lasala* [1979] 2 All ER 1146 | App. 329-341 |
| 10C | Dicey, Morris and Collins, 14th ed., Vol. 1 | App. 342-347 |
| 10D | Dicey and Morris, 12th ed., Vol. 1 | App. 348-351 |
| 10E | Order 15 Rule 6(2) of the Rules of the [Bermuda] Supreme Court 1985 (as amended in 2005) | App. 352-354 |
| 10F | Order 11 of the Rules of the [Bermuda] Supreme Court 1985 (as amended in 2005) | App. 355-363 |
| 10G | *Matthews v Kuwait Bechtel Corp.* 1958 2 QB 57 | App. 364-377 |
| 10H | *Johnson v Taylor Bros & Co* 1920 A.C. 144 | App. 378-396 |
| 10I | *Weinstock v Lazard Recovery Fund Limited* 2003 Court of Appeal for Bermuda Civil Appeal No. 20:2003 | App. 397-414 |
| 10J | *Horni A Hutni Tezirstvo v Korner* [1951] A.C. 869 | App. 415-439 |
| 10K | *Metall und Rohstoff v Donaldson Inc.* [1990] 1 QB 391 | App. 440-538 |
| 10L | *Seaconsar Ltd v Bank Markazi* [1994] 1 AC 438 | App. 539-560 |
| 10M | *The Eras EIL Actions* [1992] 1 Lloyds L.R, 571 | App. 561-616 |
| 10N | Jackson and Powell Professional Negligence 5th Edition | App. 617-619 |

Respectfully submitted,

/s/ Matthew W. Moran
Karen L. Hirschman
  State Bar No. 09721500
Matthew W. Moran
  State Bar No. 24002642
Jane Ann R. Neiswender
  State Bar No. 24048312
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201-2975
Telephone: (214) 220-7700
Facsimile:  (214) 220-7716

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on November 16, 2009, I caused to be served a copy of the foregoing document via the Electronic Case Filing system for the United States District Court for the Northern District of Texas on Jerome R. Doak and by first class U.S. Mail on George T. Manning.

/s/ Matthew W. Moran
Matthew W. Moran

US 157509v.1