# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONE STAR FUND IV (U.S.), L.P., | § | |
| LONE STAR FUND IV (BERMUDA), L.P. | § | |
| and LSF-KEB HOLDINGS SCA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:09-cv-01614-B |
| | § | |
| STEVEN H. LEE, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF MATTHEW W. MORAN

1.      My name is Matthew W. Moran.  I am over the age of eighteen and am fully competent to make this declaration.  I have personal knowledge of each statement made in this declaration, and each statement is true and correct.

2.      I am a partner with the law firm of Vinson & Elkins L.L.P.  I have practiced law in Dallas since 1997.  I make this declaration in support of Plaintiffs' Response in Opposition to Defendant Steven Lee's ("Lee") Motion to Dismiss.

3.      In connection with this litigation, I requested that a National Comprehensive Report be run on Lee.  The search results showed that Lee owned two houses in Texas:  a house at 4411 Andora Court, Dallas, Texas 75287 from approximately September 1997 through July 1999, and a house at 12013 Edgestone Road, Dallas, Texas 75230 from approximately March 2000 through June 2002.  Copies of the relevant portions of this report are attached hereto as Exhibit A.

4.      I also requested a search of public records relating to these properties from the Collin County Appraisal District and the Dallas County Central Appraisal District.  The report from the Collin County Appraisal District shows that Lee owned the home at 4411 Andora

Court, Dallas, Texas 75287 from September 4, 1997 through July 14, 1999. A true and correct copy of this report is attached hereto as Exhibit B. The report from the Dallas Central Appraisal District does not give a date when Lee purchased the home at 12013 Edgestone Road, Dallas, Texas 75230 but shows that Lee owned that property until June 7, 2002. A true and correct copy of this report is attached hereto as Exhibit C.

     5.     I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

EXECUTED on November 12, 2009.

Matthew W. Moran

US 147173v.1

# EXHIBIT 1A

# National Comprehensive Report

07/23/2009 - 10:44AM - Reference: HUD53045001

## Subject

STEVEN H LEE

SSN:

DOB:

## User Supplied Information

| | |
|---|---|
| Last Name: | LEE |
| First Name: | STEVEN |
| Middle Initial: | H |
| DOB: | |
| Address 1: | 18 MADISON TER SHORT HILLS, NJ 07078 |

## Possible AKAs for Subject                                        (13 Records)

| Name | SSN | Date of Birth |
|---|---|---|
| LEE, STEVEN | | |
| LEE, STEVE | | |
| LEE, S | | |
| STEVEN, LEE | | |
| STEVE, H LEE | | |
| STEVE, M | | |
| LEE, STEVEN MICHAEL | | |
| LEE, SU MI | | |
| LEE, STEVEN M | | |
| LEE, STEVE M | | |
| LEE, STEVEN HWAN | | |
| LEE, SU | | |
| LEE, SUZANNE | | |

## Possible Other Social Security Numbers Associated with Subject   (5 Records)

| Name | SSN | Date of Birth |
|---|---|---|
| LEE, STEVEN HWAN | | |
| LEE, STEVE | | |
| STEVE, M | | |
| LEE, STEVEN M | | |
| LEE, STEVEN HWAN | | |

## Possible Other Records and Names Associated with Social Security Numbers   (1 Record)

| Name | SSN | Date of Birth |
|---|---|---|

## Possible Driver Licenses                                         (2 Records)

**REDACTED**

**REDACTED**

|  |  |  |  |
|---|---|---|---|
| | 75201 -7424 | | |
| Assessment Year: | 2000 | Tax Year: | |
| Assessed Land Value: | | Market Land Value: | $162,500 |
| Assessed Improvements: | | Market Improvements | $480,000 |
| Total Assessed Value: | | Total Market Value: | $642,500 |
| Most Recent Sale: | | Prior Sale Price: | |

| | | | |
|---|---|---|---|
| Owner Name: | LEE STEVEN H LEE KATHERINE M | | |
| Assess State: | TEXAS | County: | DALLAS |
| Parcel Number: | 00-7462-G000-011 | Type: | SFR |
| Short Legal Description: | LAKE FOREST PH C BLK G LT 11 VOL98099/5031 DD051498 CO-DALLAS | | |
| Document Number: | | Recorded Date: | 03/07/2000 |
| Situs Address: | 12013 EDGESTONE RD DALLAS, TX 75230 -2340 | Book: | 000046 |
| Mailing Address: | 12013 EDGESTONE RD DALLAS, TX 75230 -2340 | Page: | 001787 |
| Assessment Year: | | Tax Year: | |
| Assessed Land Value: | | Market Land Value: | $162,500 |
| Assessed Improvements: | | Market Improvements | $482,880 |
| Total Assessed Value: | | Total Market Value: | $645,380 |
| Most Recent Sale: | $683,620 | Prior Sale Price: | |

## TEXAS Deed Transfer Records - County of: DALLAS

| | |
|---|---|
| Parcel Number: | 007462G000011 |
| Legal Desc: | |
| Sale Price: | |
| Loan Amount: | |
| Contract Date: | 06/06/2002 |
| Document Type: | |
| Resale/New Construction: | RE-SALE |
| Lender: | |
| Title Co: | REPUBLIC TITLE CO |
| Situs Address: | 12013 EDGESTONE RD DALLAS, TX 75230 |
| Sellers: | LEE STEVEN H & KATHERINE M |
| Buyers: | ABLON CAROL S |
| Buyer Address: | 9129 CLEARLAKE DR DALLAS, TX 75225 |

## TEXAS Deed Transfer Records - County of: DALLAS

| | |
|---|---|
| Parcel Number: | 007462G000011 |
| Legal Desc: | |
| Sale Price: | |
| Loan Amount: | $275,000 |
| Contract Date: | 04/16/2001 |
| Document Type: | DEED OF TRUST |
| Refinance: | YES |
| Lender: | WASHINGTON MUTUAL BK FA |
| Title Co: | TICOR LAND TITLE CO |
| Situs Address: | 12013 EDGESTONE RD DALLAS, TX 75230 |
| Buyers: | LEE STEVEN H & KATHERINE M |
| Buyer Address: | 12013 EDGESTONE RD DALLAS, TX 75230 |

## TEXAS Deed Transfer Records - County of: DALLAS

| | |
|---|---|
| Parcel Number: | 007462G000011 |
| Legal Desc: | |
| Sale Price: | $683,620 |
| Loan Amount: | $514,000 |
| Contract Date: | 02/28/2000 |
| Document Type: | DEED OF TRUST |
| Resale/New: | YES |

Construction:
Lender:                  WASHINGTON MUTUAL BK FA
Title Co:
Situs Address:           12013 EDGESTONE RD DALLAS, TX 75230
Sellers:                 HAWKINS-WELWOOD HOMES
Buyers:                  LEE STEVEN H & KATHERINE M
Buyer Address:           12013 EDGESTONE RD DALLAS, TX 75230

---

## TEXAS Deed Transfer Records - County of: DALLAS

Parcel Number:           007462G000011
Legal Desc:
Sale Price:              $638,300
Loan Amount:             $479,925
Contract Date:           05/21/1998
Document Type:
Resale/New               RE-SALE
Construction:
Lender:                  COMERICA BK
Title Co:                AMERICAN TITLE CO.
Situs Address:           12013 EDGESTONE RD DALLAS, TX 75230
Sellers:                 FOREST/HILLCREST PARTNERS
Buyers:                  HAWKINS-WELWOOD HOMES LP
Buyer Address:           17480 DALLAS PKWY 217 DALLAS, TX 75287

---

**REDACTED**

## 4411 ANDORA CT DALLAS, TX 75287

| | | | |
|---|---|---|---|
| Owner Name: | LEE STEVEN H | | |
| Assess State: | TEXAS | County: | COLLIN |
| Parcel Number: | R-3296-00L-0160-1 | Type: | SINGLE FAMILY RESIDENTIAL |
| Short Legal Description: | COUNTRY BROOK #4, BLOCK L/8763, LOT 16 | | |
| Document Number: | | Recorded Date: | |
| Situs Address: | 4411 ANDORA CT DALLAS, TX 75287 -5144 | Book: | |
| Mailing Address: | 4411 ANDORA CT DALLAS, TX 75287 -5144 | Page: | |
| Assessment Year: | 1998 | Tax Year: | |
| Assessed Land Value: | | Market Land Value: | $55,000 |
| Assessed Improvements: | | Market Improvements | $213,651 |
| Total Assessed Value: | $268,651 | Total Market Value: | $268,651 |
| Most Recent Sale: | | Prior Sale Price: | |

## TEXAS Deed Transfer Records - County of: COLLIN

| | |
|---|---|
| Parcel Number: | R329600L01601 |
| Legal Desc: | |
| Sale Price: | |
| Loan Amount: | |
| Contract Date: | 07/14/1999 |
| Document Type: | |
| Resale/New Construction: | RE-SALE |
| Lender: | |
| Title Co: | |
| Situs Address: | 4411 ANDORA CT DALLAS, TX 75287 |
| Sellers: | LEE STEVEN H & KATHERINE M |
| Buyers: | DENTON JOE D JR- |
| Buyer Address: | 4411 ANDORA CT DALLAS, TX 75287 |

## TEXAS Deed Transfer Records - County of: COLLIN

| | |
|---|---|
| Parcel Number: | R329600L01601 |
| Legal Desc: | |
| Sale Price: | $175,000 |
| Loan Amount: | |
| Contract Date: | |
| Document Type: | |
| Resale/New Construction: | RE-SALE |
| Lender: | |
| Title Co: | |

| | | | |
|---|---|---|---|
| Situs Address: | 4411 ANDORA CT DALLAS, TX 75287 -5144 | Book: | 974-0074259 |
| Mailing Address: | 4411 ANDORA CT DALLAS, TX 75287 -5144 | Page: | |
| Assessment Year: | 1996 | Tax Year: | |
| Assessed Land Value: | | Market Land Value: | $55,000 |
| Assessed Improvements: | | Market Improvements | $196,240 |
| Total Assessed Value: | | Total Market Value: | $251,240 |
| Most Recent Sale: | | Prior Sale Price: | |

| | | | |
|---|---|---|---|
| Owner Name: | LEE STEVEN H | | |
| Assess State: | TEXAS | County: | DALLAS |
| Parcel Number: | 00-8763-L000-016 | Type: | SFR |
| Short Legal Description: | COUNTRY BROOK 4 BLK L/8763 LT 16 VOL97-0074259 DD090497 CO-COLLIN | | |
| Document Number: | | Recorded Date: | |
| Situs Address: | 4411 ANDORA CT DALLAS, TX 75287 -5144 | Book: | |
| Mailing Address: | 4411 ANDORA CT DALLAS, TX 75287 -5144 | Page: | |
| Assessment Year: | | Tax Year: | |
| Assessed Land Value: | | Market Land Value: | $55,000 |
| Assessed Improvements: | | Market Improvements | $219,280 |
| Total Assessed Value: | | Total Market Value: | $274,280 |
| Most Recent Sale: | | Prior Sale Price: | |

REDACTED

# EXHIBIT 1B

# COLLIN CAD Property Information

## COLLIN Short Account Number: 2031683   Long Account Number: R-3296-00L-0160-1

| | | | |
|---|---|---|---|
| Owner's Name and Mailing Address | DENTON JOE DON JR<br><br>4411 ANDORA CT<br><br>DALLAS, TX 75287 | | |
| Location | 4411 ANDORA CT<br>DALLAS, TX 75287 | | |
| Legal Description | COUNTRY BROOK #4, BLOCK L/8763, LOT 16 | | |
| Taxing Entities | **Code** | **Name** | **2009 Tax Rate** |
| | GCN | COLLIN COUNTY | 0.242500000 |
| | JCN | COLLIN CO COMMUNITY COLLEGE | 0.086300000 |
| | SPL | PLANO ISD | 1.328400000 |
| | CDA | DALLAS CITY | 0.747900000 |

## EXEMPTION INFORMATION

| Exemption Code | Exemption Description |
|---|---|
| HS | HOMESTEAD |

## Data up to date as of 2009-11-02.

| PROPERTY | | VALUE INFORMATION 2009 Certified | |
|---|---|---|---|
| Exemptions | (See Below) | Improvement Value Subject To Homestead | $257,008<br>$0 |
| Land Acres | 0 | Other Improvement Value | =========<br>$257,008 |
| Last Deed Date | | Total Improvement Value | |
| Last Deed Volume | 07141999 | | $88,000 |
| Last Deed Page | 99-0094544 | Land Market Value | $0 |
| Last Deed Inst. Num. | 4468-20 | Land Ag. Productivity Value | |
| Agent Code | 0 | Total Market Value | $345,008 |
| * 'New' means that this property was added after the values were prepared. | | | |

## MAPS and FORMS

⟳ *Plat Map Image (TIFF format)*    ⟳ New! *Plat Map (PDF format)*    ⟳ *GIS Digital Map*

**App. 009**

⟳ **Homestead Exemption Application**        ⟳ **Over 65 Exemption Application**        ⟳ **Disabled Person Exemption Application**

⟳ **General Questions Request Form**        ⟳ **Notice of Appraised Value**    ⟳ **Appraisal Review Request**

## IMPROVEMENT INFORMATION

| Imp. ID | State Category | Descr |
|---------|---------------|-------|
| 139522 | A1 RESIDENTIAL | RESIDENTIAL SINGLE FAMILY |

## SEGMENT INFORMATION

| Imp ID | Seg ID | Description | Area | Actual Year Blt |
|--------|--------|-------------|------|-----------------|
| 139522 | 401853 | MA MAIN AREA | 2,241 | 1997 |
| 139522 | 401854 | MA2 MAIN AREA 2ND FLOOR | 1,059 | 1997 |
| 139522 | 401855 | AG ATTACHED GARAGE | 462 | 1997 |
| | | Total Living Area | 3,300 | |

## LAND INFORMATION

| Land ID | State Category | Size-Acres | Size-Sqft |
|---------|----------------|------------|-----------|
| 103118 | RESIDENTIAL SINGLE FAMILY | 0.000000 | |

## DEED HISTORY

| Deed ID | Seller Name | Buyer Name | Deed Date | Instrument | Deed Vol | Deed Page |
|---------|-------------|------------|-----------|------------|----------|-----------|
| 584198 | LEE STEVEN H | DENTON JOE DON JR | Jul 14 1999 | 0 | 99-0094544 | 4468-20 |
| 512458 | GOODMAN FAMILY OF BUILDERS | LEE STEVEN H | Sep 4 1997 | 0 | 97- | 0074259 |
| 498972 | PACIFIC UNITED L P | GOODMAN FAMILY OF BUILDERS | Mar 25 1997 | 0 | 97- | 0023259 |
| 492273 | PUDC INC | PACIFIC UNITED L P | Oct 1 1996 | 0 | 96- | 0100328 |
| 492272 | PACIFIC UNITED DEVELOPMENT CORP | PUDC INC | Oct 1 1996 | 0 | 96- | 0100327 |

## CERTIFIED VALUE HISTORY

| Tax Year | 2008 | 2007 | 2006 | 2005 |
|----------|------|------|------|------|
| Improvements | $266,730 | | $265,208 | $263,439 |
| Land Market | $88,000 | | $88,000 | $88,000 |
| Ag. Land Market | | | | |

**App. 010**

| TOTAL MARKET | $354,730 | | $353,208 | $351,439 |
|---|---|---|---|---|
| | | | | |
| Land Ag. Use | | | | |
| 10% Limited Adjustment | | | | |
| **APPRAISED** | $354,730 | | $353,208 | $351,439 |
| | | | | |
| Exemptions | HS | | HS | HS |
| Taxing Entities | GCN, JCN, SPL, CDA | | GCN, JCN, SPL, CDA | GCN, JCN, SPL, CDA |

## For prior years' history, please click here

SB 541, effective September 1, 2005, provides that appraisal district websites cannot display photographs, sketches, or floor plans of an improvement to real property that is designed primarily for use as a human residence. Likewise, aerial photography of residential property will also be unavailable unless the photo depicts five or more separately owned buildings.

## PRIOR CERTIFIED VALUE HISTORY

| Tax Year | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Improvements | $261,570 | $261,964 | $240,724 | $236,322 | $229,636 | $213,651 | $213,651 | | | | |
| Land Market | $71,500 | $65,000 | $65,000 | $65,000 | $65,000 | $55,000 | $55,000 | $46,750 | $2,150 | | |
| Ag. Land Market | | | | | | | | | | | |
| **TOTAL MARKET** | $333,070 | $326,964 | $305,724 | $301,322 | $294,636 | $268,651 | $268,651 | $46,750 | $2,150 | | |
| | | | | | | | | | | | |
| Land Ag. Use | | | | | | | | | | | |
| 10% Limited Adjustment | | | | | | | | | | | |
| **APPRAISED** | $333,070 | $326,964 | $305,724 | $301,322 | $294,636 | $268,651 | $268,651 | $46,750 | $2,150 | | |
| | | | | | | | | | | | |
| Exemptions | HS | HS | HS, | HS | HS | HS | HS | | | | |
| Taxing Entities | GCN, JCN, SPL, CDA | GCN, JCN, SPL, CDA | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**Please use your browser's back button to return to the property page.**

App. 012

# EXHIBIT 1C

Case 3:09-cv-01614-B    Document 28-2    Filed 11/16/09    Page 17 of 25    PageID 1315



**Dallas Central Appraisal District**

Home | Find Property | Contact Us

### Residential Account #007462000G0110000

Location  Owner  Legal Desc  Value  Main Improvement  Additional Improvements  Land  Exemptions  Estimated Taxes  History

**Property Location (Current 2010)**
**Address:** 12013 EDGESTONE RD
**Neighborhood:** 2DSW14
**Mapsco:** 15-Z (DALLAS)

## DCAD Property Map

 **Print Homestead Exemption Form**

**YAHOO! Maps**

**Owner (Current 2010)**
ABLON CAROL S
12013 EDGESTONE RD
DALLAS, TEXAS 752302340

**Multi-Owner (Current 2010)**

Not Applicable (N/A)

**Legal Desc (Current 2010)**
**1:** LAKE FOREST PH C
**2:** BLK G LT 11
**3:**
**4:** VOL2002111/7928 DD06062002 CO-DA
**5:** 7462 00G 011 3007462 00G
**Deed Transfer Date:** 6/7/2002

**Value**

| 2009 Certified Values | |
|---|---|
| Improvement: | $538,610 |
| Land: | + $192,000 |
| Market Value: | =$730,610 |
| Revaluation Year: | 2007 |
| Previous Revaluation Year: | 2006 |

**Main Improvement (Current 2010)**

| Building Class | 24 | Construction Type | FRAME | # Baths (Full/Half) | 3/1 |
|---|---|---|---|---|---|
| Year Built | 1998 | Foundation | SLAB | # Kitchens | 1 |
| Effective Year Built | 1998 | Roof Type | HIP | # Bedrooms | 4 |

Case 3:09-cv-01614-B   Document 28-2   Filed 11/16/09   Page 18 of 25   PageID 1316

| | | | | | |
|---|---|---|---|---|---|
| **Actual Age** | 12 years | **Roof Material** | COMP SHINGLES | **# Wet Bars** | 1 |
| **CDU (Condition / Desirability / Utility)** | VERY GOOD | **Fence Type** | WOOD | **# Fireplaces** | 1 |
| **Living Area** | 3,393 sqft | **Ext. Wall Material** | BRICK VENEER | **Sprinkler (Y/N)** | N |
| **Total Area** | 3,393 sqft | **Basement** | NONE | **Deck (Y/N)** | N |
| **% Complete** | 100% | **Heating** | CENTRAL FULL | **Spa (Y/N)** | N |
| **# Stories** | ONE AND ONE HALF STORIES | **Air Condition** | CENTRAL FULL | **Pool (Y/N)** | N |
| **Depreciation** | 10% | | | **Sauna (Y/N)** | N |

**Additional Improvements (Current 2010)**

| # | Improvement Type | Construction | Floor | Exterior Wall | Area (sqft) |
|---|---|---|---|---|---|
| 1 | ATTACHED GARAGE | BK-BRICK | CONCRETE | UNASSIGNED | 441 |

**Land (Certified 2009)**

| # | State Code | Zoning | Frontage (ft) | Depth (ft) | Area | Pricing Method | Unit Price | Market Adjustment | Adjusted Price | Ag Land |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SINGLE FAMILY RESIDENCES | PLANNED DEVELOPMENT DISTRICT | 55 | 110 | 6,050.0000 SQUARE FEET | FLAT PRICE | $160,000.00 | 20% | $192,000 | N |

**\* All Exemption information reflect Certified 2009. \***

**Exemptions (Certified 2009)**

| | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|
| **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| **HOMESTEAD EXEMPTION** | $146,122 | $88,061 | $146,122 | $146,122 | $146,122 | $0 |
| **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| **Taxable Value** | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |

**Other Exemption:** OVER 65

**Exemption Details**
Estimated Taxes (Certified 2009)

| | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|
| **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| **Tax Rate per $100** | $0.7479 | $1.271343 | $0.233312 | $0.0949 | $0.274 | N/A |
| **Taxable Value** | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |
| **Estimated Taxes** | $3,892.73 | $7,596.90 | $1,202.70 | $507.23 | $1,412.44 | N/A |
| **Tax Ceiling** | N/A | $1,933.95 | $1,175.83 | N/A | N/A | N/A |
| | | | | | **Total Estimated Taxes:** | **$14,611.99** |

**DO NOT PAY TAXES BASED ON THESE ESTIMATED TAXES.** You will receive an **official tax bill** from the appropriate agency when they are prepared. Taxes are collected by the agency sending you the **official** tax bill. To see a listing of agencies that collect taxes for your property. **Click Here**

The estimated taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. The Dallas Central Appraisal District (DCAD) does not control the tax rate nor the amount of the taxes, as that is the responsibility of each Taxing Jurisdiction. Questions about your taxes should be directed to the appropriate taxing jurisdiction. We cannot assist you in these matters. These tax estimates are calculated by using the most current certified taxable value multiplied by the most current tax rate. **It does not take into account other special or unique tax scenarios**. If you wish to calculate taxes yourself, you may use the TaxEstimator to assist you.

History

**History**

Case 3:09-cv-01614-B   Document 28-2   Filed 11/16/09   Page 20 of 25   PageID 1318

© 2009 Dallas Central Appraisal District.
All Rights Reserved.

App. 016



**Dallas Central Appraisal District**

Home | Find Property | Contact Us

This website is for informational purposes only. Title research should be performed at the
appropriate County Clerks office. This is not deemed a legal document.

### Account History #007462000G0110000

Owner   Legal Desc   Market Value   Taxable Value   Exemptions

Owner / Legal Description

| Year | Owner | Legal Description |
|------|-------|-------------------|
| 2009 | ABLON CAROL S<br>12013 EDGESTONE RD<br>DALLAS, TEXAS 752302340 | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2002111/7928 DD06062002 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: 6/7/2002 |
| 2008 | ABLON CAROL S<br>12013 EDGESTONE RD<br>DALLAS, TEXAS 752302340 | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2002111/7928 DD06062002 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: 6/7/2002 |
| 2007 | ABLON CAROL S<br>12013 EDGESTONE RD<br>DALLAS, TEXAS 752302340 | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2002111/7928 DD06062002 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: 6/7/2002 |
| 2006 | ABLON CAROL S<br>12013 EDGESTONE RD<br>DALLAS, TEXAS 752302340 | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2002111/7928 DD06062002 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: 6/7/2002 |
| 2005 | ABLON CAROL S<br>12013 EDGESTONE RD<br>DALLAS, TEXAS 752302340 | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2002111/7928 DD06062002 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: 6/7/2002 |
| 2004 | ABLON CAROL S<br>12013 EDGESTONE RD<br>DALLAS, TEXAS 752302340 | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2002111/7928 DD06062002 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: 6/7/2002 |
|  | ABLON CAROL S | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:** |

**App. 017**

| | | |
|---|---|---|
| **2003** | 12013 EDGESTONE RD<br>DALLAS, TEXAS 752302340 | **4:** VOL2002111/7928 DD06062002 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: 6/7/2002 |
| **2002** | LEE STEVEN H &<br>KATHERINE M<br>700 N PEARL ST # 385<br>DALLAS, TEXAS 752302340<br>UNASSIGNED | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2000046/1787 DD02232000 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: |
| **2001** | HAWKINS WELWOOD HOMES LP<br>17480 DALLAS PKWY STE 217<br>DALLAS, TEXAS 752017424<br>UNASSIGNED | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2000046/1787 DD02232000 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: |
| **2000** | HAWKINS WELWOOD HOMES LP<br>17480 DALLAS PKWY STE 217<br>DALLAS, TEXAS 752017424<br>UNASSIGNED | **1:** LAKE FOREST PH C<br>**2:** BLK G LT 11<br>**3:**<br>**4:** VOL2000046/1787 DD02232000 CO-DA<br>**5:** 7462 00G 011 3007462 00G<br>Deed Transfer Date: |

## Market Value

| Year | Improvement | Land | Total Market | Homestead Capped |
|------|-------------|------|--------------|------------------|
| 2009 | $538,610 | $192,000 | $730,610 | N/A |
| 2008 | $538,610 | $192,000 | $730,610 | N/A |
| 2007 | $538,610 | $192,000 | $730,610 | N/A |
| 2006 | $514,130 | $192,000 | $706,130 | N/A |
| 2005 | $497,430 | $200,000 | $697,430 | N/A |
| 2004 | $466,930 | $200,000 | $666,930 | N/A |
| 2003 | $466,930 | $200,000 | $666,930 | N/A |
| 2002 | $482,880 | $162,500 | $645,380 | N/A |
| 2001 | $482,880 | $162,500 | $645,380 | N/A |
| 2000 | $480,000 | $162,500 | $642,500 | N/A |

## Taxable Value

| Year | City | ISD | County | College | Hospital | Special District |
|------|------|-----|--------|---------|----------|------------------|
| 2009 | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |
| 2008 | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |
| 2007 | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |
| 2006 | $500,904 | $575,517 | $495,904 | $514,904 | $495,904 | $0 |
| 2005 | $493,944 | $567,687 | $488,944 | $507,944 | $488,944 | $0 |
| 2004 | $469,544 | $540,237 | $464,544 | $483,544 | $464,544 | $0 |
| 2003 | $469,544 | $540,237 | $464,544 | $483,544 | $464,544 | $0 |
| 2002 | $516,304 | $565,842 | $516,304 | $516,304 | $516,304 | $0 |
| 2001 | $516,304 | $565,842 | $516,304 | $516,304 | $516,304 | $0 |
| 2000 | $642,500 | $642,500 | $642,500 | $642,500 | $642,500 | $0 |

## Exemptions

| | | City | School | County | College | Hospital | Special District |
|---|---|------|--------|--------|---------|----------|------------------|
| **2009** | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $146,122 | $88,061 | $146,122 | $146,122 | $146,122 | $0 |
| | **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| | **Taxable Value** | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |

Other Exemption: OVER 65

| | | City | School | County | College | Hospital | Special District |
|---|---|------|--------|--------|---------|----------|------------------|
| **2008** | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $146,122 | $88,061 | $146,122 | $146,122 | $146,122 | $0 |

**App. 019**

|  | | | | | | |
|---|---|---|---|---|---|---|
| **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| **Taxable Value** | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |

Other Exemption: OVER 65

| 2007 | | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|---|
| | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $146,122 | $88,061 | $146,122 | $146,122 | $146,122 | $0 |
| | **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| | **Taxable Value** | $520,488 | $597,549 | $515,488 | $534,488 | $515,488 | $0 |

Other Exemption: OVER 65

| 2006 | | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|---|
| | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $141,226 | $85,613 | $141,226 | $141,226 | $141,226 | $0 |
| | **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| | **Taxable Value** | $500,904 | $575,517 | $495,904 | $514,904 | $495,904 | $0 |

Other Exemption: OVER 65

| 2005 | | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|---|
| | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $139,486 | $84,743 | $139,486 | $139,486 | $139,486 | $0 |
| | **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| | **Taxable Value** | $493,944 | $567,687 | $488,944 | $507,944 | $488,944 | $0 |

Other Exemption: OVER 65

| 2004 | | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|---|
| | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $133,386 | $81,693 | $133,386 | $133,386 | $133,386 | $0 |

**App. 020**

Case 3:09-cv-01614-B   Document 28-2   Filed 11/16/09   Page 25 of 25   PageID 1323

| | | | | | | |
|---|---|---|---|---|---|---|
| **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| **Taxable Value** | $469,544 | $540,237 | $464,544 | $483,544 | $464,544 | $0 |

Other Exemption: OVER 65

| 2003 | | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|---|
| | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $133,386 | $81,693 | $133,386 | $133,386 | $133,386 | $0 |
| | **OVER 65 EXEMPTION** | $64,000 | $45,000 | $69,000 | $50,000 | $69,000 | $0 |
| | **Taxable Value** | $469,544 | $540,237 | $464,544 | $483,544 | $464,544 | $0 |

Other Exemption: OVER 65

| 2002 | | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|---|
| | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $129,076 | $79,538 | $129,076 | $129,076 | $129,076 | $0 |
| | **Taxable Value** | $516,304 | $565,842 | $516,304 | $516,304 | $516,304 | $0 |

| 2001 | | City | School | County | College | Hospital | Special District |
|---|---|---|---|---|---|---|---|
| | **Taxing Jurisdiction** | DALLAS | DALLAS ISD | DALLAS COUNTY | DALLAS CO COMMUNITY COLLEGE | PARKLAND HOSPITAL | UNASSIGNED |
| | **HOMESTEAD EXEMPTION** | $129,076 | $79,538 | $129,076 | $129,076 | $129,076 | $0 |
| | **Taxable Value** | $516,304 | $565,842 | $516,304 | $516,304 | $516,304 | $0 |

| 2000 | No Exemptions | | | | | | |
|---|---|---|---|---|---|---|---|

**Exemption Details History**

© 2009 Dallas Central Appraisal District.
All Rights Reserved.

**App. 021**